10/10/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 13, 2003

9:30 a.m.

CASE NO.   3-02-cv-1746 Natsons Inc v Northern Assurance
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Joel M. Fain | Morrison, Mahoney & Miller, LLP, One Constitution Plaza 10th Floor, Hartford, CT 860-616-4441 |
| Howard A. Jacobs | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |
| Jonathan Katz | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |
| Joseph E. Mascaro | Morrison, Mahoney & Miller, LLP, One Constitution Plaza 10th Floor, Hartford, CT 860-616-4441 |
| Trisha Morris Porto | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 11/13/03

5 min.