

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-----------------------------------------------------x

NATSONS, INC. d/b/a BRANFORD
KNIGHTS INN
        Plaintiff,

v.

THE NORTHERN ASSURANCE
COMPANY OF AMERICA AND CGU
        Defendants.

-----------------------------------------------------x

Case No.: 3:02CV1746(MRK)

NOVEMBER 25, 2003

### STIPULATION FOR DISMISSAL

The undersigned, counsel for all parties, stipulate and agree that this case may be dismissed with prejudice.





THE PLAINTIFF,
NATSONS, INC. d/b/a
BRANFORD KNIGHTS INN

By_____
Jonathan Katz (CT #00182)
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, CT 06511
Telephone: 203-772-3100
Fax: 203-772-1691
E-Mail: hjacobs@jacobslaw.com
E-Mail: tporto@jacobslaw.com

THE DEFENDANT, NORTHERN
ASSURANCE CO. OF AMERICA and CGU

By_____
Joseph E. Mascaro, Esq. (CT #12736)
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810